IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **LAKIA S. BELL,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:20-cv-1821 |
| **CENTENE CORPORATION,** | ) ) ) |
| Defendant. | ) ) |

### NOTICE OF REMOVAL

COMES NOW Defendant Centene Corporation[1] ("Defendant") pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and for its Notice of Removal, states as follows:

### The State Court Action

1. The above-entitled action, now pending in the Twenty-First Judicial Circuit Court, St. Louis County, Missouri, is a civil action alleging discrimination and retaliation based upon race, sex, age, and disability in violation of Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Age Discrimination in Employment Act, the Missouri Human Rights Act, and claims under Missouri common law with respect to Plaintiff's former employment with Centene Management Company.

2. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant is attached hereto as Exhibit A, and the Complaint is contained therein.

3. Plaintiff filed her Complaint on November 16, 2020. The state court action is styled *Lakia S. Bell v. Centene Corporation*, bearing Case No. 20SL-CC05655.

---

[1] Plaintiff was actually employed by Centene Management Company, LLC a wholly owned subsidiary of Defendant Centene Corporation.

4.      Defendant was served with a civil summons and a copy of the Complaint on December 3, 2020. *See* Exhibit A. Thus, this Notice of Removal has been timely filed within 30 days as required by 28 U.S.C § 1446(b).

### Jurisdiction and Venue

5.      Because the Twenty-First Circuit Court of St. Louis County, State of Missouri is within this district, this Court is the appropriate venue for removal. 28 U.S.C. § 1441(a) and 1446(a).

6.      This matter is subject to removal based upon federal question jurisdiction pursuant to 28 U.S.C. § 1331.

### Federal Question and Supplemental Jurisdiction

7.      This Court possesses original jurisdiction over Plaintiff's Complaint because Counts II, IV, VI, VIII, and X allege violations of United States law. 28 U.S.C. § 1331. Specifically, Plaintiff alleges violation of Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act, and the Age Discrimination in Employment Act. *See* Exhibit A, Plaintiff's Complaint.

8.      Pursuant to 28 U.S.C. §§ 1367(a), this Court possesses supplemental jurisdiction over Counts I, III, V, VII, IX, XI, and XII (alleging violations of the Missouri Human Rights Act and Missouri common law) because Plaintiff's state law causes of action relate to her employment with Centene Management Company, her termination by Centene Management Company, and the reason for her termination, as do her federal claims, such that all of Plaintiff's claims stem from the same case or controversy, pursuant to Article III of the United States Constitution. 28 U.S.C. § 1367(a); *see e.g. Williams v. City of Marston,* 857 F. Supp. 2d 852, 861-62 (E.D. Mo. 2012).

**Compliance with Procedural Requirements**

9. A Civil Cover Sheet, Original Filing Form, and Disclosure of Corporate Interests for Defendant are filed with this Notice.

10. Defendant will promptly provide notice of this Notice of Removal to the Twenty-First Judicial Circuit, St. Louis County, Missouri, and to Plaintiff pursuant to 28 U.S.C.§ 1446.

11. Pursuant to Local Rule 2.03, Defendant has paid the prescribed filing fee for a new action.

WHEREFORE, Defendant respectfully requests that this action, now pending in the Twenty-First Judicial Circuit Court, St. Louis County, Missouri, be removed to the United States District Court for Eastern District of Missouri.

Respectfully submitted,

*/s/ Patricia J. Martin*
Patricia J. Martin, #57420MO
Stephanie Cohan, #70919MO
pmartin@littler.com
scohan@littler.com
LITTLER MENDELSON, P.C.
600 Washington Avenue
Suite 900
St. Louis, MO  63101
Telephone: 314.659.2000
Facsimile: 314.659.2099

Attorneys for Defendant Centene Corporation

## CERTIFICATE OF SERVICE

  I hereby certify that on the 18th day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served the foregoing via FedEx on the following:

Larry S. Fields
Fields and Associates LLC
707 North Second Street
Suite 400
St. Louis, Missouri 63102
lsf19@msn.com

*Attorney for Plaintiff*

                */s/ Patricia J. Martin*

4819-6928-3539.2 108840.1031