UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LAKIA S. BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-cv-01821-SEP |
| | ) |
| CENTENE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF REMAND**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this matter is **REMANDED** to the Circuit Court of St. Louis County, Missouri.

Dated this 8th day of April, 2021.

_Sarah E. Pitlyk_
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE